# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147408

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

TRAYMOND LEE BEARDSLEY,
　　　　Defendant-Appellant.

SC:  147408
COA:  315915
Saginaw CC:  12-037212-FC

_____/

　　　　On order of the Court, the application for leave to appeal the May 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

Clerk